1
2
3
4
5
6
7
8                   # UNITED STATES DISTRICT COURT
9                        ### EASTERN DISTRICT OF CALIFORNIA
10
11   NANTHA VONGPHACHANH,                    Case No. 1:17-cv-00314-SAB

12              Plaintiff,                   ORDER RE STIPULATION FOR EXTENSION
                                            OF TIME TO FILE OPENING BRIEF
13        v.
                                            (ECF No. 14)
14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16
17
18        On November 6, 2017, Plaintiff filed a stipulation to extend the time for her to file her

19   opening brief. (ECF No. 14.) Accordingly, IT IS HEREBY ORDERED that:

20        1.    Plaintiff shall file an opening brief on or before December 11, 2017;

21        2.    Defendant's response to Plaintiff's opening brief shall be filed on or before

22              January 10, 2018;

23        3.    Plaintiff's reply, if any, shall be filed on or before January 25, 2018; and

24        4.    The parties are advised that due to the impact of social security cases on the

25              Court's docket and the Court's desire to have cases decided in an expedient

26              manner, requests for modification of the briefing scheduling will not routinely be

27              granted and will only be granted upon a showing of good cause. Further, requests

28              to modify the briefing schedule that are made on the eve of a deadline will be

                                              1

looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension. If done after a deadline, the party seeking an extension must show additional good cause why the matter was filed late with the request for nunc pro tunc.

IT IS SO ORDERED.

Dated:   **November 6, 2017**

UNITED STATES MAGISTRATE JUDGE